# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133727

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STANLEY EARL DAVIS,
      Defendant-Appellant.

SC: 133727
COA: 266809
Oakland CC: 2005-202766-FH

_____/

      On order of the Court, the application for leave to appeal the March 15, 2007 judgment order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

s0830